# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>PAUBLINO CARRANZA CORRALEZ,<br><br>                Defendant. | CASE NO. 15-cr-02691-LAB<br><br>**ORDER DENYING SUCCESSIVE MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)**<br><br>**[Dkt. No. 66]** |

In 2016, Paublino Carranza Corralez pleaded guilty to conspiracy to import methamphetamine, cocaine, and heroin into the United States and this Court sentenced him to the mandatory minimum term of 120 months imprisonment. In 2018, Carranza filed a motion under 18 U.S.C. § 3582(c)(2) asking this Court to reduce his sentence. His motion was denied because Carranza is not eligible for a sentence reduction under § 3582(c)(2). *See* Dkt. No. 58. In this successive motion, Carranza again seeks a sentence reduction under § 3582(c)(2). Dkt. No. 66. This Court has already reviewed the issue and no further successive motions will be entertained. The motion is **DENIED**.

**IT IS SO ORDERED**.

Dated: October 10, 2019

_____
**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge