# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUBLINO CARRANZA CORRALEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent. | Case No.: 15-cr-2691-LAB-1 and 21-cv-1734-LAB<br><br>**ORDER DENYING PETITION UNDER 28 U.S.C. § 2255**<br>**[15-cr-2691 Dkt. 75; 21-cv-1734 Dkt. 1]** |

In 2016, Petitioner Paublino Carranza Corralez ("Carranza") was convicted of conspiracy to import methamphetamine, cocaine, and heroin into the United States. (Case No. 15-cr-2691, Dkt. 55). On June 27, 2016, he was sentenced to 120 months in custody. (*Id.*). Carranza now challenges his continued confinement under 28 U.S.C. § 2255 (the "Petition"), which requires a court to vacate or modify a sentence imposed in violation of law. (Case No. 15-cr-2691, Dkt. 75). He contends that his sentence meets this description because the Court didn't consider the United States Sentencing Guidelines. (*Id.*). But as the Court explained in denying Carranza's two prior motions under 18 U.S.C. § 3582(c)(2), it wasn't required to consider the guideline range because Carranza was sentenced to the statutory mandatory minimum. (Case No. 15-cr-2691, Dkt. 67;

*Id.* Dkt. 58). Failure to release Carranza from custody doesn't implicate any violations of law under 28 U.S.C. § 2255, so "the motion and the files and records of the case conclusively show that [Carranza] is entitled to no relief." 28 U.S.C. § 2255(b).

The Petition is **DENIED**. The Court declines to issue a certificate of appealability.

**IT IS SO ORDERED**.

Dated: November 8, 2021

Honorable Larry Alan Burns
United States District Judge